1  W. SCOTT
United States Attorney
2  STANLEY A. BOONE
SHEILA K. OBERTO
3  Assistant U.S. Attorneys
4401 Federal Building
4  2500 Tulare Street
Fresno, California 93721
5  Telephone: (559) 497-4000

6

7                IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,      )   1: 05-CR-0349 OWW
                                  )
10                Plaintiff,      )   STIPULATION AND ORDER TO CONTINUE
                                  )   STATUS CONFERENCE
11            v.                  )
                                  )   DATE: May 08, 2006
12  ARMANDO LOPEZ,                )   TIME: 9:00 a.m.
    FRANCISCO LOPEZ,              )   PLACE: Courtroom Three
13  RAMIRO ROSAS,                 )   Honorable Oliver W. Wanger
    FRANCISCO RAMOS,              )
14  RANFERI PENA,                 )
     aka, Ralph Pena,             )
15  MARIBEL RIOS, and             )
    HEIDI SMITH                   )
16                                )
                  Defendants.     )
17  _____)

18
        The parties herein, through their respective counsel, hereby
19
    stipulate that the status conference date be continued from April
20
    24, 2006, until May 08, 2006.
21
        The parties further stipulate and agree that the resulting
22
    period of delay occurring between April 24, 2006, and May 08,
23
    //
24
    //
25
    //
26
    //
27
    //
28

                                    1

1 | 2006, shall be excluded pursuant to 18 U.S.C. Sections

2 | 3161(h)(1)(F) and 3161(h)(1)(I).

3 |

4 |

5 | Dated: <u>April 20, 2006</u>                          McGREGOR W. SCOTT
United States Attorney

6 |

7 |                                          By: <u>/s/ Stanley A. Boone</u>
STANLEY A. BOONE

8 |                                              Assistant U.S. Attorney

9 |

                                              <u>/s/ Glenn E. LoStraco</u>
10 |                                           GLENN E. LoSTRACO
Attorney for Defendant

11 |                                           Armando Lopez

12 |                                              <u>/s/ Thomas V. Miles</u>
THOMAS V. MILES

13 |                                           Attorney for Defendant
Francisco Lopez

14 |
                                              <u>/s/ Thomas J. Richardson</u>
15 |                                           THOMAS J. RICHARDSON
Attorney for Defendant

16 |                                           Ramiro Rosas

17 |                                              <u>/s/ Michael W. Berdinella</u>
MICHAEL W. BERDINELLA

18 |                                           Attorney for Defendant
Francisco Ramos

19 |
                                              <u>/s/ Jim T. Elia</u>
20 |                                           JIM T. ELIA
Attorney for Defendant

21 |                                           Ranferi Pena

22 |                                              <u>/s/ Richard A. Beshwate, Jr.</u>
RICHARD A. BESHWATE, JR.

23 |                                           Attorney for Defendant
Maribel Rios

24 |
                                              <u>/s/ Carol Ann Moses</u>
25 |                                           CAROL ANN MOSES
Attorney for Defendant

26 |                                           Heidi Smith

27 |

28 |

1                                O R D E R

2        IT IS HEREBY ORDERED THAT, the date previously set for the

3   status conference is hereby continued to May 08, 2006.  It is

4   further ordered that time shall be excluded from April 24, 2006,

5   to May 08, 2006, pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and

6   3161(h)(1)(I).

7

8   IT IS SO ORDERED.

9   **Dated:    April 24, 2006**                    **/s/ Oliver W. Wanger**
    emm0d6                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      3